Prepared by State Reporter from Appeal Papers

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS and KELLOGG, JJ. Dissenting: LEHMAN and O'BRIEN, JJ., upon the ground that the evidence does not show a deliberate and premeditated design to effect death.

---

CAROLINE WILKS, as Administratrix of the Estate of JOSEPH WILKS, Deceased, Respondent, *v.* FEDERAL TELEPHONE AND TELEGRAPH COMPANY, Appellant, Impleaded with Another.

*Nuisance — telephone wires — action to recover for death through coming in contact with telephone wire attached to building in close proximity to high-power wire of another company.*

*Wilks* v. *Federal Tel. & Tel. Co.*, 222 App. Div. 791, affirmed.
(Argued June 6, 1928; decided June 21, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 7, 1928, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiffs' intestate alleged to have been occasioned through his coming in contact with a fallen telephone wire erected across his premises by defendant-appellant, and attached to a " horse " upon another building in such close proximity to high-power wires as to create a condition of potential danger. (See 243 N. Y. 351.)

*Parton Swift* for appellant.
*La Fay C. Wilkie* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Dissenting: CARDOZO, Ch. J.